UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA TYLER,

        Plaintiff,

                                              Case No. 10-CV-13341
v.                                         HON. GEORGE CARAM STEEH

UNITED METHODIST CHURCH,
OREGON UNITED METHODIST
CHURCH, INC., RENAY LADD,
MARYBELLE HAYNES, and
DOREEN PIKE,

        Defendants.

_____/

ORDER GRANTING DEFENDANT UNITED METHODIST
CHURCH'S MOTION TO DISMISS [DOC. 10]

      On August 23, 2010, plaintiff filed this action against defendants alleging negligence, nuisance, violation of the Fair Housing Act, and violation of the Michigan Persons with Disabilities Civil Rights Act, relating to her rental of a home allegedly owned by defendants. Defendants Haynes, Ladd, Pike, and Oregon United Methodist Church answered the complaint.  Defendant United Methodist Church filed a motion to dismiss, arguing that the United Methodist Church is not an entity and cannot therefore be a defendant in this lawsuit.  The court ordered a response deadline of December 7, 2010 and set a hearing date of January 19, 2011.  No response was filed by December 7, 2010; to date, no response to defendant's motion to dismiss has been filed.  The court finds that oral argument is not necessary.  See Local Rule 7.1(f).  For the reasons set forth in defendant

United Methodist Church's motion to dismiss, plaintiff's claims against defendant United

Methodist Church are dismissed.

IT IS SO ORDERED.

Dated:  December 22, 2010


s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
December 22, 2010, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk